UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **04 CR 10099 GAC** |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| RYAN CARTER, | ) | 21 U.S.C. § 846 - Conspiracy |
| a/k/a Noah Milloy, | ) | to Possess Marijuana with |
| a/k/a Mark James, | ) | intent to Distribute |
| a/k/a Mark Jones, | ) | |
| a/k/a Mark Jacob, | ) | 21 U.S.C. §§ 841(a)(1) and |
| a/k/a Nigel Smart, | ) | 846 - Attempt to Possess |
| | ) | Marijuana with intent to |
| Defendant. | ) | Distribute |

**INDICTMENT**

**COUNT ONE:**   (Title 21, United States Code, Section 846 -
Conspiracy to Distribute Controlled Substances)

The Grand Jury charges that:

Beginning on a date unknown to the Grand Jury but not later than in or about August, 2003 and continuing until on or about March 3, 2004, at Revere and Boston in the District of Massachusetts, and elsewhere,

        **RYAN CARTER,**
          a/k/a "Noah Milloy,"
          a/k/a "Mark James,"
          a/k/a "Mark Jacob,"
          a/k/a "Nigel Smart,"

defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to distribute a quantity of marijuana, a Schedule I controlled substance, in violation of Title 21,

United States Code, Section 841(a)(1).

The Grand Jury further charges that the conspiracy described herein involved 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vii).

All in violation of Title 21, United States Code, Section 846.

COUNT TWO:      (Title 21, United States Code, Sections 841(a)(1) and 846 -- Attempt to Possess Marijuana with intent to Distribute)

The Grand Jury further charges that:

On or about March 3, 2004, at Revere in the District of Massachusetts,

> RYAN CARTER,
> a/k/a "Noah Milloy,"
> a/k/a "Mark James,"
> a/k/a "Mark Jacob,"
> a/k/a "Nigel Smart,"

defendant herein, did knowingly and intentionally attempt to possess with intent to distribute a quantity of marijuana, a Schedule I controlled substance.

The Grand Jury further charges that the offense described herein involved 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vii).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

**FORFEITURE ALLEGATION:**    (Title 21, United States Code, Section 853 -- Criminal Forfeiture)

The Grand Jury further charges that:

1.  As a result of committing one or more of the offenses alleged in Counts One and Two of this indictment,

> **RYAN CARTER,**
> a/k/a "Noah Milloy,"
> a/k/a "Mark James,"
> a/k/a "Mark Jacob,"
> a/k/a "Nigel Smart,"

defendant herein, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the charged offenses; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses.

2.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United

4

States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
DICKENS MATHIEU
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS: April 1, 2004


Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK @ 2:54 pm