UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 04-10099-GAO
)
RYAN CARTER )

**INFORMATION**

Pursuant to Title 21, United States Code, Section 851, the government files this Information giving notice that at the sentencing of defendant Ryan Carter, the government will seek increased punishment by reason of the following criminal convictions:

1. Middlesex Superior Court Docket Number 921931001; Offense: Distribution of Class B Controlled Substance (cocaine): Conviction Date: August 23, 1993; and

2. Cambridge District Court Docket Number 9152CR3578A; Offense: Possession with intent to Distribute Class B Controlled Substance (cocaine): Conviction Date: November 26, 1991.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
DICKENS MATHIEU
Assistant U.S. Attorney

Dated: April 13, 2004