*filed in open court 5/25/04*

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10099-GAO |
| | ) |
| RYAN CARTER | ) |

### JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)

The United States of America and defendant Ryan Carter hereby submit this joint memorandum addressing the issues set forth in Local Rule 116.5(A)(1) through (A)(7).

**(A)(1)**

The defendant seeks an additional two weeks to submit a discovery letter to the government.

**(A)(2)**

The defendant requests discovery concerning expert witnesses under Fed. R. Crim. P. 16(a)(1)(E). The government shall respond thirty days before trial. The government requests reciprocal discovery which defendant will provide ten days before trial.

**(A)(3)**

The parties at this time are uncertain whether additional discovery will be needed as a result of future receipt of information, documents, or reports of examinations or tests.

**(A)(4)**

Defendant seeks a period of 30 days to file pretrial motions. The parties submit that a motion date should be set after the government has had an appropriate time to respond.

(A)(5)

A period of excludable delay should be ordered under the Speedy Trial Act from the date of this conference through the date of the filing of defendant's motions.

(A)(6)

Defendant anticipates a trial. The government estimates that its case will take five trial days.

(A)(7)

The parties defer to the Court regarding the setting of a final status conference and/or any interim status conference.

| | |
|---|---|
| UNITED STATES ATTORNEY | RYAN CARTER<br>By his attorney, |
| By: _____<br>Dickens Mattieu<br>Assistant U.S. Attorney | _____<br>Charles P. McGinty<br>B.B.O. #333480<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd Floor<br>Boston, MA  02210<br>Tel: 617-223-8061 |