UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10099-GAO

UNITED STATES OF AMERICA

v.

RYAN CARTER

**FURTHER ORDER ON EXCLUDABLE TIME**

July 14, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

July 14, 2004 through August 11, 2004,

that being the period between the Interim Status Conference and the date by which dispositive motions are to be filed.

Based upon the prior orders of the court dated April 13, 2004, May 25, 2004 and this order, as of August 11, 2004, there will be thirteen (13) days of non-excludable time under the Speedy Trial Act (May 11, 2004 - May 24, 2004) and fifty-seven (57) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge