UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10099-GAO |
| ) | |
| RYAN CARTER ) | |

<u>JOINT MOTION TO CONTINUE STATUS CONFERENCE</u>

The United States of America and defendant Ryan Carter respectfully move to continue the status conference in this case, now scheduled for August 5, 2004, and ask that it be rescheduled for September 10, 2004 at 11 am.  As grounds for this motion, defendant states that he needs further time to prepare this case and agrees that the additional time be excluded in the interests of justice.

UNITED STATES ATTORNEY                RYAN CARTER
                                      By his attorney,


By: <u>/s/David Tobin</u>                  <u>/s/ Charles P. McGinty</u>

    David Tobin                       Charles P. McGinty
    Assistant U.S. Attorney             B.B.O. #333480
                                      Federal Defender Office
                                      408 Atlantic Avenue, 3rd Floor
                                      Boston, MA  02210
                                      Tel: 617-223-8061