UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10099-GAO

UNITED STATES OF AMERICA

v.

RYAN CARTER

## FURTHER ORDER ON EXCLUDABLE TIME

August 5, 2004

DEIN, M.J.

A Final Status Conference was scheduled before this Court for August 5, 2004. The parties have jointly requested a continuance in order to allow more time for the defendant to prepare his case. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

August 5, 2004 - September 10, 2004

that being the time between the Final Status Conference as originally scheduled and the Conference as rescheduled.

**The Final Status Conference has been rescheduled for September 10, 2004 at 11:00 a.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(C)(1) through (9) before the close of business no less than THREE business days prior to that Status Conference. In addition, the parties shall include in the Joint Memorandum not only the periods**

**of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

    / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge