UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10099-GAO

UNITED STATES OF AMERICA

v.

RYAN CARTER

### FURTHER ORDER ON EXCLUDABLE TIME

October 7, 2004

DEIN, M.J.

A Final Status Conference was scheduled before this Court for October 5, 2004 and was continued to October 18, 2004. In accordance with the Government's Assented to Motion to Exclude Time (Docket # 16), this court orders the following period of time excludable from the time period within which trial must commence:

October 1, 2004 - October 18, 2004

that being the time between the date of the telephone conference continuing the Final Status Conference and the date of the Conference as rescheduled.

**The Final Status Conference has been rescheduled to October 18, 2004 at 10:15 a.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(C)(1) through (9) before the close of business no less than THREE business days prior to that Status Conference. In addition, the parties shall include in the Joint Memorandum not only the periods**

**of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

        / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge