UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10099-GAO

UNITED STATES OF AMERICA

v.

RYAN CARTER

**FURTHER ORDER ON EXCLUDABLE TIME**

October 18, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

October 18, 2004 - November 10, 2004

that being the time between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated April 13, 2004, May 25, 2004, July 14, 2004, August 5, 2004, September 10, 2004, October 7, 2004, and this order, as of November 10, 2004 there will be thirteen (13) days of non-excludable time under the Speedy Trial Act (May 11, 2004 - May 24, 2004) and fifty-seven (57) days will remain under the Speedy Trial Act in which this case must be tried.

　　　　　　　　　　　　　　　　　　／s／ Judith Gail Dein
　　　　　　　　　　　　　　　　　JUDITH GAIL DEIN

United States Magistrate Judge