```
                   UNITED STATES DISTRICT COURT

                    DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA         )
                                                                     )
     v.                           )  CRIMINAL NO. 04-10099-GAO
                                                                      )
RYAN CARTER                      )

### ASSENTED-TO MOTION TO CONTINUE HEARING

Defendant respectfully moves to continue the hearing in this matter until Friday, December 10, 2004, or such later date as this Court selects.  As grounds for this motion, defense counsel states that he is required to be out-of-state until late Thursday, and apologizes for the need to reschedule.  Defendant submits that the intervening days should be excluded from the speedy trial period.

The government, per Assistant United States Attorney David Tobin, assents to the filing of this motion.

```
                              RYAN CARTER
                              By his attorney,

                              /s/ Charles P. McGinty

                              Charles P. McGinty
                                 B.B.O. #333480
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061
```

December 6, 2004