UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10099-GAO

UNITED STATES OF AMERICA

v.

RYAN CARTER

### FURTHER ORDER ON EXCLUDABLE TIME

December 7, 2004

DEIN, M.J.

A Final Status Conference was scheduled before this Court for December 9, 2004. The defendant, with the assent of the government, has moved for a continuance due to a scheduling conflict. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

December 9, 2004 - December 10, 2004

that being the time between the Final Status Conference as originally scheduled and the date of the Conference as rescheduled.

**The Final Status Conference has been rescheduled to December 10, 2004 at 10:00 a.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(C)(1) through (9) before the close of business no less than THREE business days prior to that Status Conference. In addition, the parties shall include in the Joint Memorandum not only the periods**

**of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

        / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge