UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10099-GAO

UNITED STATES OF AMERICA

v.

RYAN CARTER

**FURTHER ORDER ON EXCLUDABLE TIME**

January 28, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

January 7, 2005 - February 11, 2005

that being the period between the Interim Status Conference as originally scheduled and the Final Status Conference.

Based upon the prior orders of the court dated April 13, 2004, May 25, 2004, July 14, 2004, August 5, 2004, September 10, 2004, October 7, 2004, October 18, 2004, November 10, 2004, December 7, 2004, December 10, 2004, December 22, 2004 and this order, as of February 11, 2005 there will be thirteen (13) days of non-excludable time under the Speedy Trial Act (May 11, 2004 - May 24, 2004) and fifty-seven (57) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
    Judith Gail Dein

                        United States Magistrate Judge