UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10099-GAO

UNITED STATES OF AMERICA

v.

RYAN CARTER

**FINAL STATUS REPORT**

March 23, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Wednesday, March 23, 2005, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this court enters the following report, in accordance with Local Rule 116.5(D):

1. It appears at this time that a trial will be necessary.

2. Discovery is complete.

3. There are no outstanding or anticipated discovery issues at this time.

4. The defendant intends to file a motion to suppress. The motion shall be filed by April 12, 2005. The government shall file its response by April 29, 2005.

5. Based upon the prior orders of the court dated April 13, 2004, May 25, 2004, July 14, 2004, August 5, 2004, September 10, 2004, October 7, 2004, October 18, 2004, November 10, 2004, December 7, 2004, December 10, 2004, December 22, 2004, January 28, 2005, February 11, 2005, and March 7, 2005, as of this date there are thirteen (13) days of non-excludable time under the Speedy Trial Act (May 11, 2004 - May 24, 2004) and fifty-seven (57) days remaining under the Speedy Trial Act in which this case must be tried. The court has, on this date, entered a Further Order on Excludable Time excluding the period through April 29,

2005, the time by which the government shall respond to the motion to suppress. The pendency of the motion to suppress shall result in further excludable time.

6. It is estimated that if the case goes to trial, the trial will last approximately five days.

7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

      / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge