UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10099-GAO |
| ) | |
| RYAN CARTER ) | |

### JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(C)

The United States of America and defendant submit this joint memorandum addressing the issues set forth in Local Rule 116.5(C)(1) through (9).

### (C)(1)

There are no discovery issues not yet presented to the Court.

### (C)(2)

The parties do not anticipate additional discovery.

### (C)(3)

Defendant does not intend to raise issues of insanity or public authority.

### (C)(4)

The defendant is not raising an alibi defense.

### (C)(5)

Defendant is filing a motion to suppress statements and requests an additional ten days to file the motion.

### (C)(6)

A schedule should be set for a hearing on defendant's motion.

(C)(7)

The parties have not discussed the possibility of an early resolution of the case without a trial.

(C)(8)

The parties submit that the period for the government to reply to defendant's motion, as well as the period up to the District Court's status conference, should be excluded.

(C)(9)

The government estimates that its case included 5 trial days.

| | |
|---|---|
| MICHAEL SULLIVAN<br>United States Attorney | RYAN CARTER<br>By his attorney, |
| By: _____<br>David Tobin<br>Assistant U.S. Attorney | _____<br>Charles P. McGinty<br>B.B.O. #333480<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd Floor<br>Boston, MA  02210<br>Tel: 617-223-8061 |