UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
        v.                    )   CRIMINAL NO. 04-10099-GAO
                              )
RYAN CARTER                   )
```

### DEFENDANT'S MOTION TO SUPPRESS

Defendant Ryan Carter respectfully moves, pursuant to the Fourth Amendment of the United States Constitution and Fed. R. Crim. P. 12 and 41, to suppress all evidence seized, obtained or derived at the time of or following his illegal arrest on March 3, 2004. Defendant submits with this motion a preliminary memorandum of law.

Since defendant was arrested without a warrant, the government has the burden of showing that the challenged police conduct was lawful. United States v. Cruz Jimenez, 894 F.2d 1, 6 (1st Cir. 1990). Defendant reserves the right to amend or supplement this motion in response to the government's reply and to the extent that additional discovery and investigation make necessary.

<u>REQUEST FOR EVIDENTIARY HEARING</u>

    Defendant respectfully requests an evidentiary hearing on this motion.

                                          RYAN CARTER
                                          By his attorney,

                                          /s/ Charles P. McGinty

                                          _____
                                          Charles P. McGinty
                                              B.B.O. #333480
                                          Federal Defender Office
                                          408 Atlantic Avenue, 3rd Floor
                                          Boston, MA  02110
                                          Tel: 617-223-8061

Date:  June 9, 2005