UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10099-GAO |
| ) | |
| **RYAN CARTER** ) | |
| ) | |

### GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from September 16, 2005 (the date of a scheduled motion hearing) to October 19, 2005 (the date of the re-scheduled motion hearing)(excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.  The defendant, through counsel, assented to this request during a telephone conversation with the undersigned attorney for the United States on September 15, 2005.

                                             Respectfully submitted,

                                             MICHAEL J. SULLIVAN
                                             United States Attorney

                         By: /s/ David G. Tobin
                                             DAVID G. TOBIN
                                             Assistant U.S. Attorney

Dated:  September 16, 2005