AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| UNITED STATES DISTRICT COURT | DISTRICT OF | MASSACHUSETTS |
|---|---|---|

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| RYAN CARTER | Case Number: 04-10099-GAO |

| PRESIDING JUDGE O'TOOLE | PLAINTIFF'S ATTORNEY TOBIN | DEFENDANT'S ATTORNEY MCGINTY |
|---|---|---|
| TRIAL DATE (S) 10/19/05- | COURT REPORTER JOYCE | COURTROOM DEPUTY LYNESS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Robert Fratalia |
| | 1 | 10/19/05 | x | x | Web Page |
| | 2 | 10/19/05 | x | x | Forward Air, Inc. Corporate Information |
| | 3 | 10/19/05 | x | x | Airfreight Waybill |
| | 4 | 10/19/05 | x | x | Imports/Exports |
| | 5 | 10/19/05 | x | x | Import Shipper- Robert Gaynor |
| | 6 | 10/19/05 | x | x | Import Shipper -Charles Augment |
| | 7 | 10/19/05 | x | x | Affidavit |
| 1 | | 10/19/05 | x | x | Photo of Box |
| 2 | | 10/19/05 | x | x | Forward Air business card |
| 3 | | 10/19/05 | x | x | Photo of Label |
| 4 | | 10/19/05 | x | x | Photocopy of 3 crates |
| | | | | | George McLaughlin |
| | 8 | 10/19/05 | x | | Affidavit of Officer Zingg |
| | 9 | 10/19/05 | x | x | Photocopy of bin |
| | 10 | 10/19/05 | x | x | Photocopy of bin |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages