UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10099-GAO |
| ) | |
| RYAN CARTER ) | |

**DEFENDANT'S MOTION TO FILE TWO DAYS LATE DEFENDANT'S
<u>POST-HEARING MEMORANDUM IN SUPPORT OF MOTION TO SUPPRESS</u>**

Defendant Ryan Carter respectfully moves to file two days late his post-hearing memorandum in support of his motion to suppress.  For two days this week, this office's word processing system, including computerized research capability, was down, substantially interfering with the completion of this brief. While this sounds terribly like the-dog-ate-my-homework, it sometimes happens that the dog does act up, and undersigned counsel apologizes to the Court and to counsel.

                                        RYAN CARTER
                                        By his attorney,

                                        /s/ Charles P. McGinty

                                        Charles P. McGinty
                                           B.B.O. #333480
                                        Federal Defender Office
                                        408 Atlantic Avenue, 3rd Floor
                                        Boston, MA  02110
                                        Tel: 617-223-8061

Date:  November 4, 2005