UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 04-10099-GAO |
| ) | |
| RYAN CARTER ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE
SUPPLEMENT TO HIS POST-HEARING MEMORANDUM

    Defendant seeks leave to file a post-hearing supplement to his post-hearing memorandum to address issues raised during oral argument.

                                          RYAN CARTER
                                          By his attorney,

                                          /s/ Charles P. McGinty

                                          Charles P. McGinty
                                              B.B.O. #333480
                                          Federal Defender Office
                                          408 Atlantic Avenue, 3rd Floor
                                          Boston, MA  02110
                                          Tel: 617-223-8061

Date:  November 30, 2005