```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
        v.                  )   Crim. No. 04-10099-GAO
                            )
RYAN CARTER                 )
```

### NOTICE OF APPEARANCE OF S. WAQAR HASIB

Please enter and add the appearance of Assistant U.S. Attorney S. Waqar Hasib for the United States of America in the above-captioned matter.

```
                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney


                    By: /s/ S. Waqar Hasib
                        S. WAQAR HASIB
                        Assistant U.S. Attorney
                        1 Courthouse Way, Suite 9200
                        Boston, MA 02210
                        waqar.hasib@usdoj.gov
Date: December 23, 2005  (617) 748-3674
```

<u>CERTIFICATE OF SERVICE</u>

Suffolk, ss.                                        Boston, Massachusetts
                                                    December 23, 2005

    I, S. Waqar Hasib, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on Defendants' counsel by electronic filing.

                                        <u>/s/ S. Waqar Hasib</u>
                                        S. WAQAR HASIB
                                        Assistant U.S. Attorney