UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**v.** )<br>)<br>**RYAN CARTER,** )<br>    **Defendant** ) | Criminal No. 04-10099-GAO |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the February 8, 2006 Memorandum and Order of the district court (O'Toole, J) granting the defendant Ryan Carter's Motion to Suppress and suppressing evidence in the case (entered on the docket on February 9, 2006).

Respectfully submitted,

MICHAEL J. LOUCKS
Acting United States Attorney

By:  /s/ David G. Tobin
      DAVID G. TOBIN
      Assistant U.S. Attorney

Certificate of Service

I, David G. Tobin, hereby certify that I have caused a copy of this notice to be served by first-class mail on: **Charles P. McGinty**, Federal Defender's Office, 408 Atlantic Ave., Third Floor Boston, MA 02110, Email: charles_mcginty@fd.org

Respectfully submitted,

MICHAEL J. LOUCKS

Acting United States Attorney

By:  /s/ David G. Tobin
      David G. Tobin
      Assistant U.S. Attorney