UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 04-10099-GAO |
| ) | |
| RYAN CARTER, ) | |
| Defendant ) | |

## CERTIFICATION

The government has filed a notice of appeal of the district court's February 8, 2006 Memorandum and Order of the district court (O'Toole, J) granting the defendant Ryan Carter's Motion to Suppress and suppressing evidence in the case (entered on the docket on February 9, 2006). Pursuant to 18 U.S.C. §3731, the United States Attorney hereby certifies to the district court that the appeal is not taken for the purpose of delay and that the evidence is a substantial proof of a fact material in the proceeding.

Respectfully submitted,

MICHAEL K. LOUCKS
Acting United States Attorney