UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10099-GAO |
| ) | |
| RYAN CARTER ) | |

<u>MOTION FOR DEFENDANT'S RELEASE PENDING THE GOVERNMENT'S APPEAL</u>

Defendant Ryan Carter hereby moves for his release from custody pending the appeal by the government of the Court's ruling suppressing evidence.

Defendant is charged with possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1). He initially appeared in court on March 3, 2004. At the time, the government moved for detention, and defendant withdrew his objection without prejudice to his right to seek release at a later date. By Memorandum and Order of Detention, dated March 8, 2004, the Court ordered defendant detained, noting that defendant "may seek reconsideration of this order by filing an appropriate motion proposing conditions of release."

On February 8, 2006, Judge O'Toole entered a Memorandum and Order granting defendant's motion to suppress evidence, excluding the following categories of evidence:

    (a) Statements made by Carter during his custody;

    (b) Evidence from the examination of Carter's cell phone; and

    (c) Evidence from the examination of the crates pursuant to the search warrant issued March 3, 2004.

The government has appealed, by notice filed February 23, 2006.

    Defendant hereby moves for his release pending appeal. A motion for release pending appeal by the government is governed by 18 U.S.C. § 3143(c), which directs a court to apply the standards under § 3142.

    Under § 3142(g)(2), the court shall consider the "weight of the evidence against the person." In view of the Court's ruling suppressing evidence, the government has no evidence.

    Defendant proposes to live with his mother, Elise Carter, at 53 Tufts Street in Somerville, MA 02145.

```
                                    RYAN CARTER
                                    By his attorney,

                                    /s/ Charles P. McGinty

                                    Charles P. McGinty
                                       B.B.O. #333480
                                    Federal Defender Office
                                    408 Atlantic Avenue, 3rd Floor
                                    Boston, MA  02110
                                    Tel: 617-223-8061
```

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 27, 2006.

                                            /s/ Charles P. McGinty

                                            Charles P. McGinty