UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 04-10099-GAO |
| | ) | |
| RYAN CARTER | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR RELEASE**

The government has no objections to the defendant's motion for release in the above-referenced case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ S. Waqar Hasib
S. WAQAR HASIB
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Suffolk, ss.                                    Boston, Massachusetts
                                                March 14, 2006

    I, S. Waqar Hasib, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on Defendants' counsel by electronic filing.

                                           /s/ S. Waqar Hasib
                                           S. WAQAR HASIB
                                           Assistant U.S. Attorney