APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-10099-GAO-ALL

Case title: USA v. Carter
Magistrate judge case number: 1:04-mj-01007-JGD

Date Filed: 04/01/2004

Assigned to: Judge George A. O'Toole, Jr

### Defendant

**Ryan Carter** (1)
*also known as*
Noah Milloy (1)
*also known as*
Mark Jacob (1)
*also known as*
Nigel Smart (1)
*also known as*
Mark Jones (1)
*also known as*
Mark James (1)

represented by **Charles P. McGinty**
Federal Defender's Office
408 Atlantic Ave.
Third Floor
Boston, MA 02110
617-223-8061
Fax: 617-223-8080
Email: charles_mcginty@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

21:846 Conspiracy to Possess Marijuana with Intent to Distribute
(1)

21:841(a)(1) and 846 Attempt to Possess Marijuana with Intent to Distribute
(2)

### Disposition

### Highest Offense Level (Opening)

Felony

## Terminated Counts

None

## Disposition

## Highest Offense Level (Terminated)

None

## Complaints

21:841(a)(1) Possession with intent to distribute marijuana

## Disposition

## Plaintiff

USA   represented by **David G. Tobin**
United States Attorneys Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3392
Fax: 617-748-3965
Email: David.Tobin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dickens Mathieu**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3227
Fax: 617-748-3965
*TERMINATED: 08/11/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**S. Waqar Hasib**

United States Attorney's Office
1 Courthouse Way
Boston, MA 02210
617-748-3764
Fax: 617-748-3951
Email: waqar.hasib@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2004 | 1 | COMPLAINT as to Ryan Carter (1). (Flaherty, Elaine)[1:04-mj-01007-JGD] (Entered: 03/08/2004) |
| 03/03/2004 |  | Attorney update in case as to Ryan Carter. Attorney Dickens Mathieu for USA added. (Flaherty, Elaine)[1:04-mj-01007-JGD] (Entered: 03/08/2004) |
| 03/03/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance as to Ryan Carter held on 3/3/2004; AUSA Mathieu and Federal Defender McGinty for the Dft.; the govt. moves for detention and continuance; USMJ Dein o[1:04rders the dft to temporary detention pending hearing; PC and detention hrg is set for 3/8/04; (Court Reporter D.R..) (Quinn, Thomas)[1:04-mj-01007-JGD] (Entered: 03/11/2004) |
| 03/08/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Detention Hearing and Preliminary Examination as to Ryan Carter held on 3/8/2004; AUSA Mathieu and Federal Defender McGinty for the dft.; Govt. calls witness #1 (MacLaug[1:04hlin), direct exam, exhibits #1,#2 admitted; cross exam; exhibit #3 admitted; govt. rests; USMJ Dein finds probable cause and the dft. consents to order of voluntary detention. (Court Reporter D.R..) (Quinn, Thomas)[1:04-mj-01007-JGD] (Entered: 03/11/2004) |
| 03/08/2004 | 2 | Judge Judith G. Dein : ORDER entered ORDER OF DETENTION as to Ryan Carter (Quinn, Thomas)[1:04-mj-01007-JGD] (Entered: 03/11/2004) |
| 04/01/2004 | 3 | INDICTMENT as to Ryan Carter (1) count(s) 1, 2. (Gawlik, Cathy) (Entered: 04/02/2004) |
| 04/02/2004 |  | Judge George A. O'Toole Jr.: ORDER entered ORDER |

| | | |
|---|---|---|
| | | REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: pretrial proceedings as to Ryan Carter (Gawlik, Cathy) (Entered: 04/02/2004) |
| 04/13/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Ryan Carter (1) Count 1,2 held on 4/13/2004; AUSA Mathieu and Federal Defender McGinty for the dft.; Dft. pleads not guilty and will proceed with automatic discovery; 1st status conference is set for 5/25/04 @ 2:45pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 04/13/2004) |
| 04/13/2004 | 4 | Judge Judith G. Dein : ORDER entered SCHEDULING ORDER as to Ryan Carter Status Conference set for 5/25/2004 02:45 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 04/13/2004) |
| 04/13/2004 | 5 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Ryan Carter Time excluded from 4/13/04 until 5/11/04. (Quinn, Thomas) (Entered: 04/13/2004) |
| 04/15/2004 | 6 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Ryan Carter (Barrette, Mark) (Entered: 04/15/2004) |
| 05/25/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Ryan Carter held on 5/25/2004; AUSA Mathieu and Attorney McGinty report case status; Next status conference is set for July 14, 2004 @ 10:00am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 05/25/2004) |
| 05/25/2004 | 7 | Judge Judith G. Dein : ORDER entered INITIAL STATUS REPORT as to Ryan Carter. Status Conference set for 7/14/2004 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 05/26/2004) |
| 05/25/2004 | 8 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Ryan Carter. Time excluded from 5/25/04 until 7/14/04. (Dambrosio, Jolyne) (Entered: 05/26/2004) |
| 05/25/2004 | 9 | JOINT MEMORANDUM of the parties re initial status conference by Ryan Carter (Smith3, Dianne) (Entered: 06/03/2004) |
| 07/14/2004 | | Electronic Clerk's Notes for proceedings held before Judge |

| | | |
|---|---|---|
| | | Judith G. Dein :Status Conference as to Ryan Carter held on 7/14/2004 (Court Reporter D.R..) (Quinn, Thomas) (Entered: 07/14/2004) |
| 07/14/2004 | 10 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Ryan Carter Status Conference set for 8/5/2004 10:30 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 07/15/2004) |
| 07/14/2004 | 11 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Ryan Carter Time excluded from 7/14/04 until 8/11/04. (Quinn, Thomas) (Entered: 07/15/2004) |
| 08/04/2004 | 12 | Joint MOTION to Continue *Status Conference* to 9/10/04 as to Ryan Carter. (McGinty, Charles) (Entered: 08/04/2004) |
| 08/05/2004 | | Judge Judith G. Dein : Electronic ORDER entered granting 12 Motion to Continue as to Ryan Carter conference is reset to 9/10/04 @ 11:00 am. (Quinn, Thomas) (Entered: 08/11/2004) |
| 08/05/2004 | 13 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Ryan Carter Time excluded from 8/5/04 until 9/10/04. (Quinn, Thomas) (Entered: 08/11/2004) |
| 08/11/2004 | | Attorney update in case as to Ryan Carter. Attorney David G. Tobin for USA added. Attorney Dickens Mathieu terminated. (Quinn, Thomas) (Entered: 08/11/2004) |
| 09/10/2004 | 14 | Judge Judith G. Dein : ORDER entered INTERIM STATUS REPORT as to Ryan Carter. Status Conference set for 10/5/2004 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 09/13/2004) |
| 09/10/2004 | 15 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Ryan Carter. Time excluded from 9/10/04 until 10/5/04. (Dambrosio, Jolyne) (Entered: 09/13/2004) |
| 09/10/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Ryan Carter held on 9/10/2004; AUSA Tobin and Attorney McGinty report current case status and seek further conference for 10/5/04 @ 2:30pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 09/13/2004) |
| 10/06/2004 | 16 | Assented to MOTION to Exclude *Time* as to Ryan Carter by |

| | | |
|---|---|---|
| | | USA. (Tobin, David) (Entered: 10/06/2004) |
| 10/07/2004 | 17 | Judge Judith G. Dein : ORDER entered granting 16 Assented To Motion to Exclude Time as to Ryan Carter (1). Time excluded 10/1/04 through 10/18/04. The Final Status Conference is rescheduled to 10/18/04 at 10:15 A.M. (Dambrosio, Jolyne) (Entered: 10/07/2004) |
| 10/13/2004 | 18 | TRANSCRIPT of Probable Cause and Detention Hearing as to Ryan Carter held on March 8, 2004 before Judge Dein. Tape Number: Tape Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508-384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/13/2004) |
| 10/18/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Final Status Conference as to Ryan Carter held on 10/18/2004. Upon oral motion of the government and defense, the Court sets a date for another status conference. Further Final Status Conference set for 11/10/2004 10:15 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Tape #Digital Recording.) (Brown, Rex) (Entered: 10/18/2004) |
| 10/18/2004 | 19 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Ryan Carter. Status Conference set for 11/10/2004 10:15 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 10/18/2004) |
| 10/18/2004 | 20 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Ryan Carter. Time excluded from 10/18/04 until 11/10/04. (Dambrosio, Jolyne) (Entered: 10/18/2004) |
| 11/10/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Ryan Carter held on 11/10/2004; AUSA Tobin and Attorney McGinty report discovery is ongoing and request further conference on 12/9/04 @ 10:00am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 11/10/2004) |
| 11/10/2004 | 21 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Ryan Carter Status Conference set for 12/9/2004 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 11/10/2004) |

| 11/10/2004 | 22 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Ryan Carter Time excluded from 11/10/04 until 12/9/04. (Quinn, Thomas) (Entered: 11/10/2004) |
|---|---|---|
| 12/06/2004 | 23 | Assented to MOTION to Continue *Hearing* as to Ryan Carter. (McGinty, Charles) (Entered: 12/06/2004) |
| 12/07/2004 |  | Judge Judith G. Dein : Electronic ORDER entered granting 23 Motion to Continue as to Ryan Carter (1); Hearing is reset for 12/10/04 @ 10:00am. (Quinn, Thomas) (Entered: 12/07/2004) |
| 12/07/2004 | 24 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Ryan Carter Time excluded from 12/9/04 until 12/10/04. (Quinn, Thomas) (Entered: 12/07/2004) |
| 12/09/2004 | 25 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Ryan Carter Status Conference set for 12/22/2004 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 12/10/2004) |
| 12/09/2004 | 26 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Ryan Carter Time excluded from 12/10/04 until 12/22/04. (Quinn, Thomas) (Entered: 12/10/2004) |
| 12/10/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Ryan Carter held on 12/10/2004; AUSA Tobin and Attorney McGinty report discovery is ongoing and seek further conference on 12/22/04 @ 10:00am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 12/10/2004) |
| 12/22/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Ryan Carter held on 12/22/2004; AUSA Tobin and Attorney McGinty report case status and seek further status conference for 1/7/05 @ 2:30pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 12/28/2004) |
| 12/22/2004 | 27 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Ryan Carter Status Conference set for 1/7/2005 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 12/28/2004) |
| 12/22/2004 | 28 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Ryan Carter Time excluded |

| | | |
|---|---|---|
| | | from 12/22/04 until 1/7/05. (Quinn, Thomas) (Entered: 12/28/2004) |
| 01/28/2005 | 🌐 | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference (set for 1/7/05 reset for 1/28/05) as to Ryan Carter held on 1/28/2005; AUSA Tobin and Attorney McGinty report current case status and seek further conference for 2/11/05 @ 10:00am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 01/28/2005) |
| 01/28/2005 | 🌐 29 | Judge Judith G. Dein : Electronic ORDER entered. STATUS REPORT as to Ryan Carter Status Conference set for 2/11/2005 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 01/31/2005) |
| 01/28/2005 | 🌐 30 | Judge Judith G. Dein : Electronic ORDER entered. ORDER ON EXCLUDABLE DELAY as to Ryan Carter Time excluded from 1/7/05 until 2/11/05. (Quinn, Thomas) (Entered: 01/31/2005) |
| 02/11/2005 | 🌐 31 | Judge Judith G. Dein : ORDER entered. INTERIM STATUS REPORT as to Ryan Carter. Status Conference set for 3/7/2005 02:15 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 02/11/2005) |
| 02/11/2005 | 🌐 32 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Ryan Carter. Time excluded from 2/11/05 until 3/7/05. (Dambrosio, Jolyne) (Entered: 02/11/2005) |
| 02/11/2005 | 🌐 | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Ryan Carter held on 2/11/2005; AUSA Tobin and Attorney mcGinty report current case status and seek further conference for 3/7/05 @ 2:15pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 02/22/2005) |
| 03/07/2005 | 🌐 | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Ryan Carter held on 3/7/2005; AUSA Tobin and Attorney McGinty report case status and seek further conference for 3/23/05 @ 3:00pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 03/07/2005) |
| 03/07/2005 | 🌐 33 | Judge Judith G. Dein : Electronic ORDER entered. STATUS REPORT as to Ryan Carter Status Conference set for 3/23/2005 03:00 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 03/07/2005) |

| | | |
|---|---|---|
| 03/07/2005 | 34 | Judge Judith G. Dein : Electronic ORDER entered. ORDER ON EXCLUDABLE DELAY as to Ryan Carter Time excluded from 3/7/05 until 3/23/05. (Quinn, Thomas) (Entered: 03/07/2005) |
| 03/23/2005 | 35 | Judge Judith G. Dein : ORDER entered. FINAL STATUS REPORT as to Ryan Carter. (Dambrosio, Jolyne) (Entered: 03/23/2005) |
| 03/23/2005 | 36 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Ryan Carter. Time excluded from 3/23/05 until 4/29/05. (Dambrosio, Jolyne) (Entered: 03/23/2005) |
| 03/23/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Ryan Carter held on 3/23/2005; AUSA Tobin and Attorney McGinty report this case is ready to be sent to the district court. USMJ Dein will issue report and return file to the district court. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 03/23/2005) |
| 03/23/2005 | 37 | JOINT SUBMISSION pursuant to Local Rule 116.5(C) as to Ryan Carter (Edge, Eugenia) (Entered: 03/24/2005) |
| 05/25/2005 | | NOTICE OF HEARING as to Ryan Carter Pretrial Conference set for 6/27/2005 02:30 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 05/25/2005) |
| 06/03/2005 | | NOTICE OF RESCHEDULING as to Ryan Carter Pretrial Conference set for 6/9/2005 02:30 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 06/03/2005) |
| 06/09/2005 | 38 | MOTION to Suppress as to Ryan Carter. (McGinty, Charles) (Entered: 06/09/2005) |
| 06/09/2005 | | Electronic Clerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Pretrial Conference as to Ryan Carter held on 6/9/2005 Evidentiary Hearing set for 7/25/2005 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. All time between 6/9/05 and 7/25/05 is excluded in the interest of justice(Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 06/10/2005) |
| 06/17/2005 | 39 | MEMORANDUM in Support by Ryan Carter re 38 MOTION to Suppress *Defendant's Preliminary Memorandum in Support* |

| | | |
|---|---|---|
| | | *of Motion to Suppress Fruits of Illegal Arrest* (Attachments: # 1 Exhibit)(McGinty, Charles) (Entered: 06/17/2005) |
| 08/01/2005 | | NOTICE OF HEARING as to Ryan Carter Evidentiary Hearing set for 9/16/2005 10:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 08/01/2005) |
| 08/03/2005 | 40 | RESPONSE to Motion by USA as to Ryan Carter re 38 MOTION to Suppress *Fruits of Illegal Arrest* (Tobin, David) (Entered: 08/03/2005) |
| 09/16/2005 | 41 | Assented to MOTION to Exclude *Time* as to Ryan Carterby USA. (Tobin, David) (Entered: 09/16/2005) |
| 09/16/2005 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 41 Motion to Exclude as to Ryan Carter (1) (Lyness, Paul) (Entered: 09/16/2005) |
| 09/16/2005 | | NOTICE OF HEARING as to Ryan Carter Evidentiary Hearing set for 10/19/2005 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 09/16/2005) |
| 10/19/2005 | | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Evidentiary Hearing as to Ryan Carter held on 10/19/2005. Testimony of witness Robert Fratalia begins. (Court Reporter Debra Joyce.) (Lyness, Paul) (Entered: 10/19/2005) |
| 10/20/2005 | 42 | TRANSCRIPT of Evidenitary Hearing Day One as to Ryan Carter held on October 19, 2005 before Judge O'Toole. Court Reporter: Debra Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/20/2005) |
| 10/20/2005 | | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Evidentiary Hearing as to Ryan Carter held on 10/20/2005. Testimony of witness Robert Fratalia concludes. Testimony of witness George McLaughlin given. Evidence presented. Counsel request to file submissions in relation to their closing arguments. Defendant to file his submission by 11/2/05; Government to file their submission by 11/14/05; Oral argument is scheduled for 11/22/05 at 2:30pm before The Honorable George A. O'Toole, Jr. in Courtroom 9 |

| | | |
|---|---|---|
| | | (Court Reporter Debra Joyce.) (Lyness, Paul) (Entered: 10/20/2005) |
| 10/20/2005 | ○ | NOTICE OF HEARING as to Ryan Carter Evidentiary Hearing set for 11/22/2005 02:30 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Lyness, Paul) (Entered: 10/20/2005) |
| 10/20/2005 | ○43 | EXHIBIT/WITNESS LIST (Lyness, Paul) (Entered: 10/20/2005) |
| 10/24/2005 | ○44 | TRANSCRIPT of Evidentiary Hearing Day Two as to Ryan Carter held on October 20, 2005 before Judge O'Toole. Court Reporter: Debra M. Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/24/2005) |
| 11/04/2005 | ○45 | MOTION for Leave to File *Defendant's Motion to File Two Days Late Defendant's Post-Hearing Memorandum in Support of Motion to Suppress* as to Ryan Carter. (McGinty, Charles) (Entered: 11/04/2005) |
| 11/04/2005 | ○46 | MEMORANDUM in Support by Ryan Carter re 38 MOTION to Suppress *Defendant's Post-Hearing Memorandum in Support of Motion to Suppress* (McGinty, Charles) (Entered: 11/04/2005) |
| 11/22/2005 | ○ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Evidentiary Hearing as to Ryan Carter held on 11/22/2005. The court takes the matter under advisement. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 12/02/2005) |
| 11/30/2005 | ○47 | MOTION for Leave to File *Defendant's Motion for Leave to File Supplement to His Post-Hearing Memorandum* as to Ryan Carter. (McGinty, Charles) (Entered: 11/30/2005) |
| 11/30/2005 | ○48 | Second MEMORANDUM in Support by Ryan Carter re 38 MOTION to Suppress (McGinty, Charles) (Entered: 11/30/2005) |
| 12/02/2005 | ○ | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 47 Motion for Leave to File as to Ryan Carter (1) (Lyness, Paul) (Entered: 12/02/2005) |
| 12/23/2005 | ○49 | NOTICE OF ATTORNEY APPEARANCE S. Waqar Hasib |

| | | |
|---|---|---|
| | | appearing for USA. (Hasib, S.) (Entered: 12/23/2005) |
| 01/24/2006 | ○ | Judge George A. O'Toole Jr.: Electronic ORDER entered granting Nunc Pro tunc 45 Motion for Leave to File as to Ryan Carter (1) (Lyness, Paul) (Entered: 01/24/2006) |
| 02/08/2006 | ○50 | Judge George A. O'Toole Jr.: MEMORANDUM AND ORDER entered granting 38 Motion to Suppress as to Ryan Carter (1). The following categories of evidence may not be used by the government: (a) Statements made by Carter during his custody; (b) Evidence from the examination of Carter's cell phone; and (c) Evidence from the examination of the crates pursuant to the search warrant issued March 3, 2004. (Lyness, Paul) (Entered: 02/09/2006) |
| 02/23/2006 | ○51 | NOTICE OF APPEAL by USA as to Ryan Carter Filing fee $ 0.00 (not required). NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/15/2006. (Attachments: # 1)(Tobin, David) Modified on 2/24/2006 (Edge, Eugenia). (Entered: 02/23/2006) |
| 02/27/2006 | ○52 | MOTION for Release from Custody *Pending the Government's Appeal* as to Ryan Carter. (McGinty, Charles) (Entered: 02/27/2006) |
| 03/14/2006 | ○53 | First RESPONSE to Motion by USA as to Ryan Carter re 52 MOTION for Release from Custody *Pending the Government's Appeal* (Hasib, S.) (Entered: 03/14/2006) |
| 03/16/2006 | ○ | NOTICE OF HEARING as to Ryan CarterPre Trial hearing set for 3/17/2006 12:30 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 03/16/2006) |
| 03/23/2006 | ○ | Judge George A. O'Toole Jr.: Electronic ORDER entered granting in open court 52 Motion for Release from Custody as to Ryan Carter (1) (Lyness, Paul) (Entered: 03/23/2006) |