# MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 06-1712

UNITED STATES,

Appellant,

v.

RYAN CARTER,

Defendant, Appellee.

---

JUDGMENT

Entered: September 18, 2006
Pursuant to 1st Cir. R. 27(d)

    Upon consideration of appellant's assented to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

    Mandate to issue forthwith.

By the Court:

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Richard Cushing Donovan, Clerk

By: _____**JULIE GREGG**_____
           Operations Manager.

Deputy Clerk

Date: SEP 1 8 2006

[cc: Messrs: Hasib, Tobin, McGinty, Ms. Chaitowitz and Mr. Carter]