# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-1712

UNITED STATES,

Appellant,

v.

RYAN CARTER,

Defendant, Appellee.

JUDGMENT

Entered: September 18, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's assented to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Richard Cushing Donovan, Clerk

By: _____ **JULIE GREGG**
Operations Manager.

Deputy Clerk

Date: SEP 18 2006

[cc: Messrs: Hasib, Tobin, McGinty, Ms. Chaitowitz and Mr. Carter]