UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10099-GAO |
| | ) | |
| RYAN CARTER | ) | |

**DISMISSAL OF INDICTMENT AGAINST RYAN CARTER**

Pursuant to FRCP 48(a), the Acting United States Attorney for the District of Massachusetts, Michael K. Loucks, hereby dismisses the indictment against the defendant RYAN CARTER, charging him with conspiracy to distribute a controlled substance and possession of marijuana with intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1) and 846. In support of this dismissal, the government states that in light of this Court's order dated February 8, 2006, suppressing certain evidence, the government will be unable to prove the charges in the Indictment beyond a reasonable doubt.

Respectfully submitted,

_____  9/21/6
MICHAEL K. LOUCKS
Acting U.S. Attorney

_____
S. WAQAR HASIB
Assistant U.S. Attorney

Leave to File Granted:
_____
GEORGE A. TOOLE, JUDGE
United States District Court